UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HOUSTON JACKSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-680** |
| **N. BURL CAIN, WARDEN** | **SECTION: "S" (1)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.

The petitioner argues in his objection that he should be permitted to file a successive petition for habeas review because he presents a claim for actual innocence. The United States Court of Appeals for the Fifth Circuit must grant a petitioner leave to file a successive habeas petition. See 28 U.S.C. § 2244(b)(3)(A). The appellate court considered petitioner's actual innocence argument in denying petitioner's motion for leave to file a successive petition. See In re: Houston Jackson, No. 14-30166 (5th Cir. 6/4/2014). Accordingly,

**IT IS ORDERED** that the federal petition of **Houston Jackson** for habeas corpus relief is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

New Orleans, Louisiana, this 30th day of June, 2014.

UNITED STATES DISTRICT JUDGE